(130 So. 921)

### John Will GRIMES v. J. E. GRIMES et al.
### 4 Div. 668.

Court of Appeals of Alabama.
Nov. 11, 1930.

SAMFORD, J.
Affirmed.

(137 So. 920)

### Annie GRIMES v. STATE.
### 4 Div. 857.

Court of Appeals of Alabama.
Nov. 24, 1931.

Harry Adams, of Enterprise, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, J.
Affirmed.

(134 So. 920)

### John F., alias John Will, GRIMES v. STATE.
### 4 Div. 771.

Court of Appeals of Alabama.
May 26, 1931.

Harry Adams, of Enterprise, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.

This court en banc has read and considered the evidence in this case, and has reached the conclusion that such evidence is not sufficient to justify a verdict of guilt. The court erred to a reversal in holding otherwise. Hackworth v. State, 19 Ala. App. 682, 96 So. 941; Huckabaa v. State, 23 Ala. App. 333, 125 So. 202; McKinnon v. State, 22 Ala. App. 654, 119 So. 596; Clayton v. State, 22 Ala. App. 276, 114 So. 787; Vinson v. State, 22 Ala. App. 112, 113 So. 86; Coggins v. State, 23 Ala. App. 135, 122 So. 186.

The judgment of conviction from which this appeal was taken is reversed, and the cause remanded.

Reversed and remanded.

See, also, 23 Ala. App. 511, 128 So. 120.

(135 So. 922)

### Wash GUTHRIE v. STATE.
### 6 Div. 26.

Court of Appeals of Alabama.
June 30, 1931.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.

Appellant was convicted under the second count of the indictment which charged him with the unlawful possession of a still to be used for the purpose of manufacturing prohibited liquors or beverages, etc.

In the court below the case presented a question of fact only. The evidence was in sharp conflict, which made it a question for the determination of the jury. The corpus delicti was proven without dispute, and there was direct evidence tending to show this appellant's connection therewith. The affirmative charge was properly refused. This is the only point of decision presented on this appeal of sufficient import to require consideration. The few exceptions reserved to the court's rulings on the admission of evidence are so clearly without merit they need not be discussed.

No error appearing, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

(135 So. 922)

### Bob HALE v. STATE.
### 8 Div. 315.

Court of Appeals of Alabama.
June 9, 1931.

RICE, J.
Affirmed.

(134 So. 921)

### Charles HALE v. STATE.
### 8 Div. 402.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Affirmed.